ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

MAR 1 8 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| JASON DAVID CAMPOS | Case No. 08-51035 ASW |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2485719 for an unclaimed dividend in the amount of $48.75. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 26    WELLS FARGO BANK
                          P O BOX 53476
                          PHOENIX, AZ 85072-9955

Dated: March 16, 2011

                                            _/s/ Devin Derham-Burk_
                                            DEVIN DERHAM-BURK, TRUSTEE